**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| SHAHRIAR "JAMES" EKBATANI; SHAHRZAD EKBATANI, as TRUSTEE FOR NOBILITY TRUST AND DIGNITY TRUST; and TERRENCE DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMUNITY CARE HEALTH NETWORK, LLC d/b/a MATRIX MEDICAL NETWORK; FRAZIER MANAGEMENT LLC d/b/a FRAZIER HEALTHCARE PARTNERS; FRAZIER HEALTHCARE VENTURES; FRAZIER HEALTHCARE VII, L.P.; FRAZIER HEALTHCARE VII-A, L.P.; FRAZIER HEALTHCARE GROWTH BUYOUT FUND VIII, L.P.; FRAZIER HEALTHCARE GROWTH BUYOUT AFFILIATES VIII, L.P.; and THE PROVIDENCE SERVICE CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.: 6:20-cv-2224-Orl-40DCI |

**NOTICE OF SERVICE OF RELATED CASE ORDER
AND TRACK TWO NOTICE**

NOTICE IS HEREBY GIVEN that Plaintiffs have served on Defendant Community Care Health Network d/b/a Matrix Medical Network the Court's December 7, 2020 Related Case Order and Track Two Notice on January 4, 2021 by e-mail transmission.

DATED this 4th day of January, 2021.

       /s/ Desmonne A. Bennett
Randall H. Miller
(Admitted *Pro Hac Vice*)
Desmonne A. Bennett
(Admitted *Pro Hac Vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
E-mail: randy.miller@bclplaw.com
E-mail: desmonne.bennett@bclplaw.com

Lawrence G. Scarborough
(Admitted *Pro Hac Vice*)
Kathryn E. Bettini
(Admitted *Pro Hac Vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
E-mail: lgscarborough@bclplaw.com
E-mail: kathryn.bettini@bclplaw.com

Michael A. Sasso
Florida Bar No. 93814
SASSO & SASSO, P.A.
1031 West Morse Boulevard, Suite 120
Winter Park, Florida 32789
Telephone: (407) 644-7161
Facsimile: (407) 629-6727
E-mail: massasso@sasso-law.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2021, the foregoing **NOTICE OF SERVICE OF RELATED CASE ORDER AND TRACK TWO NOTICE** was filed electronically with the Court and served on the individuals identified on the attached Service List by e-mail transmission.

*/s/ Desmonne A. Bennett*

## SERVICE LIST

Lawrence J. Friedman
Ernest W. Leonard
Friedman & Feiger, L.L.P.
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
lfriedman@fflawoffice.com
eleonard@fflawoffice.com

*Counsel for Defendant Community Care Health
Network LLC d/b/a Matrix Medical Network*

602841333