# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SHAHRIAR "JAMES" EKBATANI; SHAHRZAD EKBATANI, as TRUSTEE FOR NOBILITY TRUST AND DIGNITY TRUST; and TERRENCE DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMUNITY CARE HEALTH NETWORK, LLC d/b/a MATRIX MEDICAL NETWORK; FRAZIER MANAGEMENT LLC d/b/a FRAZIER HEALTHCARE PARTNERS; FRAZIER HEALTHCARE VENTURES; FRAZIER HEALTHCARE VII, L.P.; FRAZIER HEALTHCARE VII-A, L.P.; FRAZIER HEALTHCARE GROWTH BUYOUT FUND VIII, L.P.; FRAZIER HEALTHCARE GROWTH BUYOUT AFFILIATES VIII, L.P.; and THE PROVIDENCE SERVICE CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.:  6:20-cv-2224-Orl-40DCI<br><br>**NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, SHAHRIAR "JAMES" EKBATANI ("Ekbatani"), SHAHRZAD EKBATANI, as Trustee for Nobility Trust and Dignity Trust, and TERRENCE DIAZ ("Diaz") (collectively, "Plaintiffs"), by and through undersigned counsel, hereby file this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit, of the Order Granting Defendants' Motion to Dismiss entered in this action on June 14, 2021 (Dkt. No. 57).

DATED this 8th day of July, 2021.

/s/ *Michael A. Sasso*
Michael A. Sasso
Florida Bar No. 93814
Christian Bonta
Florida Bar No. 1010347
SASSO & SASSO, P.A.
1031 West Morse Boulevard, Suite 120
Winter Park, Florida 32789
Telephone: (407) 644-7161
Facsimile: (407) 629-6727
E-mail: massasso@sasso-law.com
          cbonta@sasso-law.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July, 2021, the foregoing **Notice of Appeal** was filed electronically with the Court and served on the individuals identified on the attached Service List by the Court's CM/ECF system.

 /s/ *Michael A. Sasso*
 Michael A. Sasso

## SERVICE LIST

David M. Wells
Gunster, Yoakley & Stewart, P.A.
One Independent Drive, Suite 2300
Jacksonville, Florida 33202
dwells@gunster.com
dculmer@gunster.com

Nathan W. Hill
Gunster, Yoakley & Stewart, P.A.
200 South Orange Avenue, Suite 1400
Orlando, Florida 32801
nhill@gunster.com

William J. Schifino, Jr.
Gunster, Yoakley & Stewart, P.A.
401 East Jackson Street, Suite 2500
Tampa, Florida 33602
wschifino@gunster.com
kkovach@gunster.com

Lawrence J. Friedman
Ernest W. Leonard
Friedman & Feiger, L.L.P.

Brian J. Lechich
Jose A. Ortiz
Homer Bonner Jacobs Ortiz, P.A.
1441 Brickell Avenue, Suite 1200
Miami, Florida 33131
blechich@homerbonner.com
jortiz@homerbonner.com

Jordan D. Weiss
Goodwin Procter LLP
620 Eighth Avenue, 25th Floor
New York, New York 10018
jweiss@goodwinlaw.com

Benjamin Timothy Christian Hayes
Goodwin Procter LLP
1900 North Street, NW
Washington, DC 20036
bhayes@goodwinlaw.com

Christopher T. Holding
Goodwin Procter LLP
100 Northern Avenue

3

5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
lfriedman@fflawoffice.com
eleonard@fflawoffice.com

*Counsel for Defendant Community Care Health Network LLC d/b/a Matrix Medical Network*

Jonathan I. Gleklen
Robert Reeves Anderson
Jason A. Ross
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
jonathan.gleklen@arnoldporter.com
reeves.anderson@arnoldportercom
jason.ross@arnoldporter.com

Richard D. Rivera
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
rrivera@sgrlaw.com

*Counsel for Defendant The Providence Service Corporation*

Boston, Massachusetts 02210
cholding@goodwinlaw.com

*Counsel for Frazier Defendants*

4