**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 02, 2022

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 21-12322-DD
Case Style: Shahriar Ekbatani, et al v. Community Care Health Network, LLC, et al
District Court Docket No: 6:20-cv-02224-PGB-DCI

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 21-12322

---

SHAHRIAR "JAMES" EKBATANI,
SHAHRZAD EKBATANI,
as Trustee for Nobility Trust and Dignity Trust,
TERRENCE DIAZ,

Plaintiffs-Appellants,

*versus*

COMMUNITY CARE HEALTH NETWORK, LLC,
d.b.a. Matrix Medical Network,
FRAZIER MANAGEMENT, LLC,
d.b.a. Frazier Healthcare Partners,
FRAZIER HEALTHCARE VENTURES,
FRAZIER HEALTHCARE VII, L.P.,
FRAZIER HEALTHCARE VII-A, L.P.,
THE PROVIDENCE SERVICE CORPORATION,

a Delaware Corporation,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:20-cv-02224-PGB-DCI

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 4, 2022

For the Court: DAVID J. SMITH, Clerk of Court